AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Cesar Gutierrez, ) | Case No.  17-461 MJ |
| (A205 253 760) ) | |
| _Defendant_ ) | |
| ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 23, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Cesar Gutierrez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about March 22, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:
**See Attached Statement of Probable Cause Incorporated By Reference Herein**

_CEB_
REVIEWED BY: Charles E. Bailey, P.S. for Margaret Perlmeter

☒ Continued on the attached sheet.

_____
_Complainant's signature_

Valery Lozano,
Deportation Officer
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  October 24, 2017

_____
_Judge's signature_

Michelle H. Burns,
United States Magistrate Judge
_____
_Printed name and title_

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE).  I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 23, 2017, while investigating a lead, ICE Officer R. Lopez encountered Cesar Gutierrez during a traffic stop at Greenway Avenue and 26th Street, in Phoenix, Arizona.  At the scene, ICE Officer Lopez determined Gutierrez to be a citizen of Mexico, illegally present in the United States.  On the same date, Gutierrez was transported to the Phoenix ICE office for further investigation and processing. Gutierrez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Cesar Gutierrez to be a citizen of Mexico and a previously deported criminal alien. Gutierrez was removed from the United States to Mexico at or near Del Rio, Texas, on or about March 22, 2013, pursuant to an order of removal issued by a designated immigration official.   There is no record of

Gutierrez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.  Gutierrez's immigration history was matched to him by electronic fingerprint comparison.

4. On October 23, 2017, Cesar Gutierrez was advised of his constitutional rights. Gutierrez freely and willingly acknowledged his rights and agreed to provide a statement under oath.  Gutierrez stated that his true and complete name is "Cesar Gutierrez," and that he is a citizen of Mexico.  Gutierrez stated that he illegally entered the United States in "Mayo 2016," through "Sonoyta."  Gutierrez further stated that he has been removed from the United States on one (1) occasion.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 23, 2017, Cesar Gutierrez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

///

///

///

Del Rio, Texas, on or about March 22, 2013, and not having obtained the express

consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a).


Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 24th day of October, 2017.


Michelle H. Burns,
United States Magistrate Judge